JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DONNELL G. HADDOCK,** <br> Plaintiff, <br> v. <br> MAYOR TIM SANDOVIL et al., <br> Defendants. | **No. LA CV 23-08608-VBF-KES** <br> **ORDER** <br> Dismissing Case Without Prejudice |

By Notice of Document Discrepancies dated October 12, 2023 and issued October 17, 2023 ("the filing fee letter") CM/ECF System Document ("Doc") 2), the Clerk's Office advised plaintiff Haddock that he had neither paid the case filing fee nor submitted a request to proceed in forma pauperis ("IFP").

By Minute Order entered May 28, 2024 (Doc 4), the Magistrate Judge directed that the filing fee letter be re-mailed to the plaintiff. When the letter was returned as undeliverable, the Magistrate Judge issued an Order on July 10, 2024 (Doc 6 ) directing that the filing fee letter be mailed to plaintiff a third time, and advising plaintiff that the case "may be dismissed for failure to prosecute" if he failed to pay the case filing fee or file an IFP request within thirty days.

The extended deadline of August 9, 2024 elapsed one month ago, and the Court has received no further filings from the plaintiff.

The case is **DISMISSED without prejudice** for lack of prosecution.

IT IS SO ORDERED.

Dated: September 9, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge